UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
Eric L. Myriekes,

                Plaintiff,

        -against-

Teri Woods, Teri Woods Publishing, Caleb Alexander,

                Defendants.
------------------------------------------------------------------x



08cv4297 (GBD)

PRO SE PRETRIAL
CONFERENCE NOTICE

GEORGE B. DANIELS, DISTRICT JUDGE:

      Pro Se Plaintiff and counsel for all parties are hereby directed to attend a conference at the time and place fixed below, for the purpose of Case Management and scheduling pursuant to Fed. R. Civ. P. 16. You are directed to furnish all attorneys in this action with copies of this order and enclosures, and to furnish chambers with a copy of any transmittal letter(s). If you are unaware of the identity of counsel for any of the parties, you must forthwith send a copy of the notice and rules to that party personally.

      A Pro Se pretrial conference will be held on **Wednesday, July 23, 2008 at 9:30 a.m.** at the United States District Courthouse, 500 Pearl Street, New York, New York, COURTROOM 15D. If you are a prisoner in a state or city facility, you should provide sufficient information for opposing counsel to prepare an order by this Court to arrange for a conference by telephone.

      No application for adjournment will be considered unless made within one week of the date of this notice.

      All parties should also be prepared to address at the conference the factual and legal bases for their claims or defenses, any issue as to subject matter jurisdiction, and any other issue relevant to case management.

Dated: May 14, 2008
       New York, New York

                                  SO ORDERED:

                                  George B. Daniels
                                  United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
Eric L. Myrieckes,
                              Plaintiff,        08cv4297(GBD)
    -against-                                      CIVIL CASE MANAGEMENT
                                                             PLAN AND SCHEDULING ORDER
Teri Woods, Teri Woods Publishing, Caleb Alexander,
                              Defendant,
-------------------------------------------------------X

       After consultation with counsel for the parties, the following Case Management Plan is adopted. This plan is also a scheduling order pursuant to Rules 16 and 26(f) of the Federal Rules of Civil Procedure.

1. No **additional parties** may be joined after **September 17, 2008**.

2. No **amendment** to the pleadings will be permitted after **September 17, 2008**.

3. Except for good cause shown, all **discovery** shall be commenced in time to be completed by **October 15, 2008**. The Court expects discovery to be completed within 90 days of the first scheduling conference unless, after the expiration of that 90 day period, all counsel stipulate that additional time (not to exceed 60 more days) is needed to completed discovery. In such event, discovery may be extended by the parties on consent, without application to the Court, provided the parties are certain they can still meet the discovery completion date ordered by the Court. The discovery completion date shall not be adjourned except upon a showing of extraordinary circumstances.

4. **Dispositive motions** are to served by **January 14, 2009**. Answering papers are to be served within 14 days. Reply papers are to be served within seven (7) days. In the event a dispositive motion is made, the date for submitting the Joint Pretrial Order shall be changed from that shown herein to three(3) weeks from the decision on the motion. The final pretrial conference shall be adjourned to a date four (4) weeks from the decision on the motion.

5. A final **pretrial conference** will be held on **February 4, 2009 at 9:30 a.m.**.

6. The **Joint Pretrial Order** shall be filed no later than **January 21, 2009**. The requirements for the pretrial order and other pretrial submissions shall be governed by the Court's Individual Rules of Practice.

7. **All motions and applications** shall be governed by the Court's Individual Rules of Practice.

8. The parties shall be **ready for trial** on 48 hours notice on or after **February 11, 2009**. The estimated trial time is _____ days, and this is a (jury) (non-jury) trial.

9. The **Next Case Management Conference** will be held on **November 12, 2008 at 9:30 a.m.**.

Dated: May 14, 2008
   New York, New York

SO ORDERED:

_____
GEORGE B. DANIELS
United States District Judge

_____
Attorney for Plaintiff

_____
Attorney for Defendant